**Thahir Al BLAWNA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–73955.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed June 30, 2009.

Ahmed M. Abdallah, Esquire, Hollywood, CA, for Petitioner.

Aimee J. Frederickson, Trial, Jennifer L. Lightbody, Esquire, DOJ–U.S. Depart-ment of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Le-fevre, Office of the District Counsel, De-partment of Homeland Security, San Fran-cisco, CA, for Respondent.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Thahir Al Blawna, a native and citizen of Iraq, petitions for review of the Board of Immigration Appeals' ("BIA") order deny-ing his motion to reopen removal proceed-ings. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir.2002), and we deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying the motion to reopen because the evidence submitted did not establish a pri-ma facie claim for relief. *See INS v. Wang*, 450 U.S. 139, 141, 101 S.Ct. 1027, 67 L.Ed.2d 123 (1981) (per curiam).

To the extent that Blawna seeks review of the BIA's denial of his underlying claims, we lack jurisdiction to consider them because he failed to timely seek re-view of the BIA's order. *See Bhasin v. Gonzales*, 423 F.3d 977, 986 n. 3 (9th Cir. 2005).

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.